UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| Ferris, Baker Watts, Inc., | : | |
| Plaintiff, | : | |
| -v.- | : | Civ. No. 02-3682 (RHK/AJB) |
| Deutsche Bank Securities Limited, et al., | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| E*TRADE Securities LLC, | : | |
| Plaintiff, | : | |
| -v.- | : | Civ. No. 02-3711 (RHK/AJB) |
| Deutsche Bank AG, et al., | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| James P. Stephenson, | : | |
| Plaintiff, | : | |
| -v.- | : | Civ. No. 02-4845 (RHK/AJB) |
| Deutsche Bank AG, et al., | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
------------------------------------ x
Wedbush Morgan Securities, Inc.,            :

                Plaintiff,                  :

         -v.-                               :   Civ. No. 03-5198 (RHK/AJB)
                                            :
Deutsche Bank AG, et al.,
                                            :
                Defendants.
                                            :
------------------------------------ x
E*TRADE Securities, LLC, as assignee of     :
Fiserv Securities, Inc.,

                Plaintiff,                  :

                                                Civ. No. 03-5311 (RHK/AJB)
         -v.-                               :

Nomura Canada, Inc., et al.,                :

                Defendants.                 :

------------------------------------ x
CIBC World Markets, Inc.,                   :

                Plaintiff,                  :
                                                Civ. No. 04-1469 (RHK/AJB)
         -v.-                               :

Deutsche Bank Securities, Inc., et al.,     :

                Defendants.                 :

------------------------------------ x
                                            :
Stockwalk Group, Inc., and
Miller Johnson Steichen Kinnard, Inc.,      :

                Plaintiffs,                 :
                                                Civ. No. 04-4164 (RHK/AJB)
         -v.-                               :

Deutsche Bank AG, et al.,                   :

                Defendants.                 :

------------------------------------ x
```

## **ORDER**

This matter came before the Court upon the motion of Defendants Deutsche Bank AG, Deutsche Bank Securities, Inc., Deutsche Bank Canada, and Deutsche Bank Securities Limited ("Deutsche Bank") without request for oral argument.

IT IS HEREBY ORDERED that Deutsche Bank's motion is granted in its entirety and Deutsche Bank may file three separate memoranda of law in support of summary judgment as follows:

1. A memorandum with respect to punitive damages, New Jersey RICO claims, and certain state law claims (which would apply to five of the above-referenced actions) not to exceed 24,000 words;

2. A memorandum with respect to claims brought under the Securities Act of 1933 (which would apply to five of the above-referenced actions) not to exceed 18,000 words; and

3. A memorandum with respect to damages and certain specific other claims in the Stockwalk Group v. Deutsche Bank AG, et al. action not to exceed 12,000 words.

IT IS SO ORDERED.

Dated: May 27, 2005

s/Richard H. Kyle<br>
Hon. Richard H. Kyle<br>
United States District Judge